# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PAUL McNEIL

NO. 2019 KW 0843

**OCT 28 2019**

---

In Re:   Paul McNeil, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-17-0397.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

JEW
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT